**No. 39804.**—Protest 641302–G of O'Connor Harrison & Co., Inc. (Los Angeles).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of rice straw rugs in chief value of cotton similar to those the subject of Abstract 31987. The claim at 35 percent under paragraph 921 was therefore sustained.

**No. 39805.**—Protests 833002–G/86195, etc., of Montgomery Ward & Co. (Chicago).

Opinion by Sullivan, J. On rehearing the Government conceded that the cases in question are in chief value of leather. They were held dutiable separately at 35 percent under paragraph 1531.

**No. 39806.**—Protests 594386–G, etc., of Fujii Junichi Shoten, Ltd., et al. (Honolulu).

Opinion by Brown, J. The weight of the evidence supported the contention that the iriko here involved is unsalted. The claim at 1¼ cents per pound under paragraph 717 (c) was therefore sustained.

Before the Second Division, November 10, 1938

**No. 39807.**—Protests 929816–G, etc., of Bernard Abrams Co. et al. (New York).

Opinion by Tilson, J. The protests were submitted without the introduction of evidence in support of the claims made. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 39808.**—Protest 871608–G of A. W. Fenton Co. (Cleveland).

Opinion by Tilson, J. From the record it was found that there is no visible line of demarcation between the shoes and the uppers of the baby shoes. The protest was overruled as to this item on the authority of *United States* v. *Feltman* (22 C. C. P. A. 637, T. D. 47616). Merchandise classified as smokers' articles was found to be nothing more than a small wooden box. The claim at 33⅓ percent ad valorem under paragraph 412 was therefore sustained accordingly. The evidence was held not sufficient to sustain any other of the claims made.